FILED
08 JUL 23 PM 4:10

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GERARDO V. PINEDA Plaintiff,

vs.

CTJ.W. FULLER
SG D. McGRAW   Defendant.

CASE NO. CV 08 3326

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, GERARDO V. PINEDA, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: N/A _____ Net: _____

Employer: _____

1 | If the answer is "no," state the date of last employment and the amount of the gross and net
2 | salary and wages per month which you received. (If you are imprisoned, specify the last
3 | place of employment prior to imprisonment.)
4 | _____
5 | _____
6 | _____
7 | 2.   Have you received, within the past twelve (12) months, any money from any of the
8 | following sources:
9 |         a.   Business, Profession or                    Yes ___ No ✓
10 |              self employment
11 |        b.   Income from stocks, bonds,                 Yes ___ No ✓
12 |              or royalties?
13 |        c.   Rent payments?                             Yes ___ No ✓
14 |        d.   Pensions, annuities, or                    Yes ___ No ✓
15 |              life insurance payments?
16 |        e.   Federal or State welfare payments,         Yes ___ No ✓
17 |              Social Security or other govern-
18 |              ment source?
19 | If the answer is "yes" to any of the above, describe each source of money and state the amount
20 | received from each.
21 |     N/A _____
22 | _____
23 | 3.   Are you married?                                  Yes ___ No ✓
24 | Spouse's Full Name: N/A _____
25 | Spouse's Place of Employment: _____
26 | Spouse's Monthly Salary, Wages or Income:
27 | Gross $_____ Net $_____
28 | 4.   a.   List amount you contribute to your spouse's support:$ _____

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

J.P. 14

5. Do you own or are you buying a home?   Yes ___ No ✓
Estimated Market Value: $_____ Amount of Mortgage: $ N/A

6. Do you own an automobile?   Yes ___ No ✓
Make N/A   Year _____ Model _____
Is it financed? Yes ___ No ___ If so, Total due: $ _____
Monthly Payment: $ _____

7. Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
Name(s) and address(es) of bank: _____

Present balance(s): $ N/A
Do you own any cash? Yes ___ No ✓ Amount: $ _____
Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ___ No ✓

8. What are your monthly expenses?
Rent: $ INCARSERATED   Utilities: _____
Food: $ 100.00 /MONTH   Clothing: _____
Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ | $ |
|  | $ | $ |
|  | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

N/A

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓ Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

N/A

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

July 15, 2008
DATE

_Ado Prieto_, K-07529
SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS

- 4 -

# INMATE REQUEST FOR INTERVIEW

JUL 07 2008

STATE OF CALIFORNIA
GA-22 (9/92)
DEPARTMENT OF CORRECTIONS

TO: ACCOUNTING TRUST OFFICE
FROM (LAST NAME): PINEDA
CDC NUMBER: K-07529
DATE: JULY 3
HOUSING: 3H 33-L
BED NUMBER:
WORK ASSIGNMENT: UNASSIGNED
JOB NUMBER FROM: TO:
ASSIGNMENT HOURS FROM: TO:
OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.)

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

I NEED CERTIFICATION TO BE SENT TO COURT. ATTACHED IS THE COPY CERTIFICATE OF FUNDS, I ALSO NEED COPY.
NOTE: I will provide CASE # AS SOON AS CERTIFICATE OF FUNDS IS RECEIVED BY THE COURT. (#CV-08-3326)
RCVD. 7-15-08
THANK YOU

INTERVIEWED BY: L Nik
DATE: 7-9-08

DISPOSITION:
I sent your 6 mos cert. to your counselor on 7-9-08
(TO R.W. WIEKING, CERTIFICATE WAS MAILED ON 7-9-08)

|    |    |
|----|----|
| 1  |    |
| 2  | Case Number: _CV-08-3326_ |

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _GERARDO PINEDA, K-07529_ for the last six months
[prisoner name]
_CSP SAN QUENTIN_____ where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _____.

Dated: _____               _____
                                [Authorized officer of the institution]

- 5 -

COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

1
2  Name  PINEDA       GERARDO        V.
         (Last)        (First)      (initial)

3
4  Prisoner Number  K-07529
5  Institutional Address  CSP SAN QUENTIN, 3H33-L, SAN QUENTIN, CA-94974

6             UNITED STATES DISTRICT COURT
7             NORTHERN DISTRICT OF CALIFORNIA

8  GERARDO V. PINEDA
9  (Enter the full name of plaintiff in this action.)

                                          Case No. _____
                                          (To be provided by the Clerk of Court)
10         vs.
11  LT. G.W. FULLER                        COMPLAINT UNDER THE
                                           CIVIL RIGHTS ACT,
12  SGT. D. McGRAW                         Title 42 U.S.C § 1983

13
14  (Enter the full name of the defendant(s) in this action)

15  [All questions on this complaint form must be answered in order for your action to proceed.]

16  I.   Exhaustion of Administrative Remedies.
17       [Note: You must exhaust your administrative remedies before your claim can go
18       forward. The court will dismiss any unexhausted claims.]
19       A.   Place of present confinement  SAN QUENTIN
20       B.   Is there a grievance procedure in this institution?
21             YES (✓)    NO ( )
22       C.   Did you present the facts in your complaint for review through the grievance
23            procedure?
24            YES (✓)    NO ( )
25       D.   If your answer is YES, list the appeal number and the date and result of the
26            appeal at each level of review. If you did not pursue a certain level of appeal,
27            explain why.
28

- 1 -

COMPLAINT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL FILED

JUL - 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

Your complaint has been filed as civil case number ___CV 08 3326___

√ A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1. _____ you did not file an In Forma Pauperis Application.

2. _____ the In Forma Pauperis Application you submitted is insufficient because:

   _____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

   _____ Your In Forma Pauperis Application was not completed in its entirety.

   _____ You did not sign your In Forma Pauperis Application.

   _____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   _____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   _____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____
         Deputy Clerk

PINEDA

rev. 11/07

LEGAL MAIL

G. HINOJOSA K-07529
CSP @ 3H33-L
SAN/QUENTIN, CA-94974

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

7-16-08