Case Number: __C 08-3326 RMW__

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __GERARDO PINEDA   K-07529__ for the last six months
[prisoner name]
__SAN QUENTIN STATE PRISON__ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __314.24__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __314.24__.

Dated: __7-8-08__                               _____
                                                [Authorized officer of the institution]

- 5 -

```
REPORT ID: TS3030  .701                                    REPORT DATE: 07/08/0
                                                           PAGE NO:
                     CALIFORNIA DEPARTMENT OF CORRECTIONS
                            SAN QUENTIN PRISON
                     INMATE TRUST ACCOUNTING SYSTEM
                     INMATE TRUST ACCOUNT STATEMENT

                FOR THE PERIOD: FEB. 08, 2007 THRU JUL. 08, 2008

ACCOUNT NUMBER : K07529
ACCOUNT NAME   : PINEDA, GERARDO VILLALUNA      BED/CELL NUMBER: H 0300000000033L
PRIVILEGE GROUP: A                              ACCOUNT TYPE: I

                            TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE   DESCRIPTION       COMMENT        CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE

02/08/2007     BEGINNING BALANCE                                                      234.51
02/20  D340  EFT DEPOSIT        2938/J-PAY                  100.00                    334.51
02/21  W449  DONATION-ARTS      2955FDSALE                              26.00         308.51
03/05  D554  INMATE PAYROL      3064/FEB07                   48.00                    356.51
03/05  FR01  CANTEEN RETUR      603073                                   0.51-        357.02
03/06  FC01  DRAW-FAC 1         3087/M1ST                              180.00         177.02
03/28  D340  EFT DEPOSIT        3371/J-PAY                   60.00                    237.02
04/09  FR01  CANTEEN RETUR      603482                                   0.01-        237.03
04/09  D554  INMATE PAYROL      3470/MAR07                   48.00                    285.03
04/10  FC01  DRAW-FAC 1         603490M1ST                             180.00         105.03
04/11  W512  LEGAL POSTAGE      3534L-POST                               4.05         100.98
05/04  D554  INMATE PAYROL      3755/APR07                   48.00                    148.98
05/08  FC01  DRAW-FAC 1         3794/M1ST                              148.98           0.00
06/01  D340  EFT DEPOSIT        4093/J-PAY                   70.00                     70.00
06/05  W512  LEGAL POSTAGE      4135L-POST                               1.83          68.17
06/06  D554  INMATE PAYROL      4140/MAY07                   22.10                     90.27
06/06  D554  INMATE PAYROL      4140/MAY07                   16.96                    107.23
06/07  FC01  DRAW-FAC 1         604160M1ST                             107.23           0.00
06/18  D340  EFT DEPOSIT        4354/J-PAY                  100.00                    100.00
06/18  W516  LEGAL COPY CH      4373LCOPY                                0.40          99.60
07/06  D554  INMATE PAYROL      0047JUNE07                   23.00                    122.60
07/09  FC01  DRAW-FAC 1         700062M1ST                             122.60           0.00
07/16  FR01  CANTEEN RETUR      700173                                   4.10-          4.10
07/16  FC01  DRAW-FAC 1         0182FC01                                 4.10           0.00
08/03  D340  EFT DEPOSIT        0504/J-PAY                  100.00                    100.00
08/04  D554  INMATE PAYROL      0513JULY07                   14.62                    114.62
08/06  FC01  DRAW-FAC 1         0521/M1ST                               90.00          24.62
08/29  D340  EFT DEPOSIT        0815/J-PAY                  100.00                    124.62
09/10  FR01  CANTEEN RETUR      700946                                  65.36-        189.98
09/11  FC03  DRAW-FAC 3         0969LK-UP1                              45.00         144.98
10/01  D340  EFT DEPOSIT        1291/J-PAY                   40.00                    184.98
10/04  W516  LEGAL COPY CH      1339L.COPY                               6.00         178.98
10/05  W515  COPY CHARGE        1373COPY                                 0.30         178.68
10/05  D554  INMATE PAYROL      1368SEPT07                    7.80                    186.48
10/09  FC02  DRAW-FAC 2         1395/H 1ST                             144.98          41.50
10/23  W514  VISION CARE C      1619EYEGLS                              41.50           0.00
10/26 *D340  EFT DEPOSIT        1692/J-PAY                  100.00                    100.00
11/02  W516  LEGAL COPY CH      1780LCOPY                                0.60          99.40
11/02  W516  LEGAL COPY CH      1780LCOPY                                0.60          98.80
11/05  W516  LEGAL COPY CH      1793LCOPY                                1.20          97.60
11/06  D554  INMATE PAYROL      1824/OCT07                   27.00                    124.60
11/06  FC02  DRAW-FAC 2         1840/H 1ST                             124.60           0.00
11/26  D340  EFT DEPOSIT        2082/J-PAY                  100.00                    100.00
```

```
REPORT ID: TS3030  .701                                              REPORT DATE: 07/08/08
                                                                     PAGE NO:        2
                              SAN QUENTIN PRISON
                         INMATE TRUST ACCOUNT STATEMENT

                FOR THE PERIOD: FEB. 08, 2007 THRU JUL. 08, 2008

ACCT: K07529         ACCT NAME: PINEDA, GERARDO VILLALUNA         ACCT TYPE: I

TRAN
CODE  DESCRIPTION        COMMENT      CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
----- ------------------ -----------  ---------   --------   -----------   --------
 FC02 DRAW-FAC 2         2284/H 1ST                           100.00          0.00
      ACTIVITY FOR 2008
 D340 EFT DEPOSIT        2591/J-PAY              200.00                     200.00
 FC02 DRAW-FAC 2         2686HUNIT1                           180.00         20.00
 D340 EFT DEPOSIT        2973/J-PAY               60.00                      80.00
 D340 EFT DEPOSIT        2973/J-PAY               50.00                     130.00
 FC02 DRAW-FAC 2         3043/H 1ST                           130.00          0.00
 D340 EFT DEPOSIT        3339/JPAY               100.00                     100.00
 W515 COPY CHARGE        3404/COPY                              2.80         97.20
 FC02 DRAW-FAC 2         3483/H 1ST                            97.20          0.00
 D340 EFT DEPOSIT        3845/JPAY               100.00                     100.00
 W516 LEGAL COPY CH      3923/COPY                              2.80         97.20
 FC02 DRAW-FAC 2         3929/H 1ST                            97.20          0.00
 D340 EFT DEPOSIT        4229/JPAY               100.00                     100.00
 W512 LEGAL POSTAGE      4300/LPOST                             1.48         98.52
 FR01 CANTEEN RETUR      704334                                 0.01-        98.53
 FC02 DRAW-FAC 2         4355/H1ST                             98.53          0.00
 D340 EFT DEPOSIT        4660/JPAY               100.00                     100.00
 FC02 DRAW-FAC 2         4715/H 1ST                            70.00         30.00
 FR01 CANTEEN RETUR      704717                                 0.09-        30.09
 W516 LEGAL COPY CH      5007/COPY                              2.20         27.89
 D340 EFT DEPOSIT        5098/JPAY               150.00                     177.89
 FC02 DRAW-FAC 2         0080/H 1ST                           177.89          0.00

                           TRUST ACCOUNT SUMMARY

BEGINNING      TOTAL          TOTAL         CURRENT      HOLDS       TRANSACTIONS
BALANCE        DEPOSITS       WITHDRAWALS   BALANCE      BALANCE     TO BE POSTED
---------      ---------      -----------   --------     --------    ------------
 234.51        1,885.48       2,119.99        0.00        0.00          0.00

                                            CURRENT
                                            AVAILABLE
                                            BALANCE
                                            -------
                                              0.00
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE
ATTEST: 7-8-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY_____ TRUST OFFICE



