*E-FILED - 8/12/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO V. PINEDA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>G.W. FULLER, et al.,<br><br>　　　　　Defendants. | No. C 08-3326 RMW (PR)<br><br>ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS<br><br>(Docket No. 3) |

Plaintiff is GRANTED leave to proceed in forma pauperis. The total filing fee that ultimately will be due is $ 350.00. The initial partial filing fee due at this time is $ 62.85. This initial fee shall be paid **within thirty (30) days** of the date this order is filed. Funds for the filing fee will be taken from income to plaintiff's account in accordance with 28 U.S.C. § 1915(B)(1). A copy of this Order and the attached instructions will be sent to plaintiff, the prison trust account office, and the court's financial office.

IT IS SO ORDERED.

DATED:  8/8/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Leave to Proceed in Forma Pauperis
P:\PRO-SE\SJ.Rmw\CR.08\Pineda326ifp.wpd                    1